CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/30/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| NA'STARJA S.,[1] | |
| *Plaintiff*, | CASE NO. 6:20-cv-8 |
| v. | |
| KILOLO KIJAKAZI,[2] *Acting Commissioner, Social Security Administration*, | ORDER |
| | JUDGE NORMAN K. MOON |
| *Defendant*. | |

The parties have filed cross motions for summary judgment, Dkts. 4, 18, 22, which the Court referred to Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition. In his Report and Recommendation ("R&R"), the magistrate judge determined that the Commissioner's final decision was supported by substantial evidence and recommended that this Court deny Na'Starja S.'s motion and grant the Commissioner's motion. Dkt. 25. Na'Starja S. timely filed his objections, Dkt. 26, obligating this Court to undertake a *de novo* review of the Administrative Law Judge's findings. *See* 28 U.S.C. § 636(b)(1)(C); *Farmer v. McBride*, 177 F. App'x 327, 330 (4th Cir. 2006). After a review of the record in this case and pursuant to this Order's accompanying Memorandum Opinion, it is **ORDERED** as follows:

1. The R&R is **ADOPTED**, Dkt. 25;

---

[1] This Court adopts the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.

[2] Kilolo Kiiakazi became the Acting Commissioner of the Social Security Administration on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit.

2. Na'Starja S.'s objections are **DENIED**, Dkt. 26;

3. Na'Starja S.'s motion for summary judgment is **DENIED**, Dkts. 4, 18;

4. Commissioner's motion for summary judgment is **GRANTED**, Dkt. 22;

5. The Clerk is directed to **STRIKE** this case from the active docket.

The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so **ORDERED**.

Entered this  30th  day of September, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE